1  STEVEN W. MYHRE
   Acting United States Attorney
2  District of Nevada

3  MARGARET BRANICK-ABILLA, CSBN 223600
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8929
   Facsimile: (415) 744-0134
6  E-Mail: Margaret.Branick-Abilla@ssa.gov

7  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBIE LOWE | ) |
| Plaintiff, | ) Case No. 2:17-cv-02619-GMN-VCF ) |
| v. | ) **DEFENDANT'S UNOPPOSED MOTION FOR** ) **EXTENSION OF TIME (FIRST REQUEST)** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Motion for Extension of Time
Case No. 2:17-cv-02619-GMN-VCF

- 1 -

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests a 30-day extension of time, from December 18, 2017 to January 17, 2018 for Defendant to answer the complaint and submit the certified administrative record (CAR) in the above-captioned case.

This is Defendant's first request for an extension of time. Defendant respectfully submits that the requested extension is necessary to allow the Commissioner to prepare the CAR for submission to this Court and parties in this action. It has taken longer than anticipated to prepare the CAR despite the Commissioner's diligent efforts to have it ready in time. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred via email with Plaintiff's counsel, who indicated on December 14, 2017 that Plaintiff does not oppose this motion or the requested extension.

Respectfully submitted,

Dated: December 14, 2017

STEVEN W. MYHRE
Acting United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 12-15-2017

Motion for Extension of Time
Case No. 2:17-cv-02619-GMN-VCF

- 2 -

# CERTIFICATE OF SERVICE

I, Margaret Branick-Abilla, certify that the following individual(s) was served with a copy of the **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** on the date and via the method of service identified below:

**CM/ECF:**

Hannalore Burns Merritt
Email: hannalore@mydisabilityattorney.com
Attorney for Plaintiff

Hal Taylor
Email: haltaylorlawyer@gbis.com
Attorney for Plaintiff

Date: December 14, 2017

*/s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney