DAYLE ELIESON
United States Attorney
District of Nevada

MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8929
Facsimile: (415) 744-0134
E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBIE LOWE, | Case No. 2:17-cv-02619-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION & [PROPOSED] ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between plaintiff Bobbie Lowe (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate Plaintiff's mental impairments and limitations. The Appeals Council will also instruct the ALJ to take further action, as warranted, to complete the administrative record and to resolve the above issues.

Stipulation & PO
Case No. 2:17-cv-02619-GMN-VCF

- 1 -

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: March 19, 2018  OSTERHOUT BERGER DISABILITY LAW, LLC

By: */s/ Hannalore Merritt\**
HANNALORE MERRITT
Attorneys for Plaintiff
[*As authorized by e-mail on March 19, 2018]

Dated: March 19, 2018  DAYLE ELIESON
United States Attorney

By:  */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL TO DEFENDANT:
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

Dated this  20  day of March, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Stipulation & PO
Case No. 2:17-cv-02619-GMN-VCF

- 2 -

# CERTIFICATE OF SERVICE

I, Margaret Branick-Abilla, certify that the following individual(s) was served with a copy of the **STIPULATION & [PROPOSED] ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** on the date and via the method of service set forth below:

**CM/ECF:**

Hannalore Burns Merritt
Email: hannalore@mydisabilityattorney.com
Attorney for Plaintiff

Hal Taylor
Email: haltaylorlawyer@gbis.com
Attorney for Plaintiff

Date: March 19, 2018

                                             */s/ Margaret Branick-Abilla*
                                             MARGARET BRANICK-ABILLA
                                             Special Assistant United States Attorney